# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 16, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157169-70(85)

*In re* KML FAISON, Minor.

SC: 157169
COA: 338808
Wayne CC Family Div:
    13-511911-NA

_____

*In re* BRAGG, Minors.

SC: 157170
COA: 338811
Wayne CC Family Div:
    13-511911-NA

_____

On order of the Chief Justice, the motion of respondent-appellee mother to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before March 20, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 16, 2018

Clerk